IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                      CASE NO: 09-30045
                                                            CHAPTER 7
    WINN, GILDA P.

        Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 006 | Card Processing Center<br>P.O. Box 23356<br>Pittsburg, PA 15222 | $61.72 |

The check mailed at the above address on September 2, 2010 has been neither been returned by the Post Office or negotiated by the creditor.

Dated this 3rd day of December, 2010

                                          /s/ Sherry F. Chancellor
                                          Sherry F. Chancellor, Trustee
                                          619 West Chase Street
                                          Pensacola, Florida 32502
                                          (850) 436-8445
                                          Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon, Card Processing Center, P.O. Box 23356, Pittsburg, PA 15222 and Charles Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 3rd day of December, 2010.

        /s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee